IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| WILLIAM SHEARS, | CASE NO.   5:20-CV-2790 |
| Plaintiff, | JUDGE JOHN R. ADAMS |
| vs. | |
| FIRSTENERGY NUCLEAR OPERATING COMPANY, | **DEFENDANT ENERGY HARBOR NUCLEAR CORP.'S THIRD STATUS REPORT** |
| Defendant. | |

Now comes Defendant Energy Harbor Nuclear Corp., by and through counsel, and hereby provides its Third Status Report to the Court.  The parties continue to engage in written discovery and are cooperating in that regard.

At this point, depositions are in the process of being scheduled.  No motions are currently pending before the Court. Defendant does not perceive any developments that would necessitate deviating from the Court's current Case Management Conference Order.

    Respectfully submitted,

    */s/Paul L. Jackson*
    Paul L. Jackson (0040198)
    pjackson@ralaw.com
    Karen D. Adinolfi (0073693)
    kadinolfi@ralaw.com
    Roetzel & Andress, LPA
    222 South Main Street
    Akron, OH  44308
    330.376.2700

    *Attorneys for Defendant Energy Harbor Nuclear Corp.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and accurate copy of the foregoing has been served upon the following parties via the Court's electronic filing system this 26th day of July, 2021:

Daniel P. Petrov, Esq.
dpetrov@tpgfirm.com
Sarah Wyss, Esq.
swyss@tpgfirm.com

                                            */s/Paul L. Jackson*
                                            Attorney at law

17014771 _1 142464.0002